IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JENNIFER SUE MEYER, | ) | 4:10CV3239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On May 23, 2011, the court entered a briefing order stating that "Plaintiff shall file a brief by June 22, 2011." (Filing 16.) Plaintiff did not file a brief by this deadline. (*See* Docket Sheet.) Plaintiff shall have until October 21, 2011, to show cause why this matter should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with the court's orders. Accordingly,

IT IS ORDERED that Plaintiff shall have until October 21, 2011, to show cause why this matter should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with the court's orders. If Plaintiff does not respond, or if good cause is not shown, this matter will be dismissed without further notice.

DATED this 6th day of October, 2011.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge