IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JENNIFER SUE MEYER, | ) | 4:10CV3239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On May 23, 2011, the court entered a briefing order stating that "Plaintiff shall file a brief by June 22, 2011." (Filing 16.) Plaintiff did not file a brief by this deadline. (*See* Docket Sheet.) On October 6, 2011, the court gave Plaintiff until October 21, 2011, to show cause why this matter should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with the court's orders. Plaintiff did not respond. (*See* Docket Sheet.) Accordingly,

    IT IS ORDERED that:

    1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

    2. A separate judgment will be entered in accordance with this memorandum and order.

DATED this 26th day of October, 2011.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.